UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-377 (JEL/AJB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>$23,000.00 IN U.S. CURRENCY AND,<br>$20,000.00 IN U.S. CURRENCY,<br><br>DEFENDANT. | ) | DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE |

Based on the Plaintiff's motion for an order striking the verified statement of claim and answer of Mark Unsouk Choe and Hyun Kyu Han; for default judgment against Mark Unsouk Choe and Hyun Kyu Han and all unknown persons and entities having an interest in the defendant currency, and for forfeiture of the defendant currency to the Plaintiff; on all the files and records in this action; and on the Court's finding as follows that:

1. pursuant to a Warrant of Arrest and Notice *In Rem* issued by the Clerk of Court, the United States Marshal for the District of Minnesota arrested the defendant currency;

2. notice of the arrest of the defendant currency and the means and deadline by which to contest the forfeiture of the defendant currency was published in the *Finance and Commerce*, Minneapolis, Minnesota, on March 5, 12, and 19, 2002;

3. the United States Marshal served Mark Unsouk Choe and Hyun Kyu Han, through their attorney, with copies of the Complaint for

FILED DEC 0 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD DEC 0 2 2002
DEPUTY CLERK

Forfeiture, Summons, and Warrant of Arrest and Notice *In Rem*;

4. Mark Unsouk Choe and Hyun Kyu Han filed verified statements of interest in or right against the defendant currency and answers to the Complaint for Forfeiture;

5. no other verified statements of interest in or right against the defendant currency and answers to the Complaint for Forfeiture have been filed, and the time for filing a verified statement and answer has expired;

6. the Claimants have failed to serve responses to the government's Interrogatories and Requests for Production of Documents and to provide Rule 26(a)(1) disclosures despite the requirement of the Pretrial Scheduling Order that initial disclosures be made by June 1, 2002, and despite repeated requests from the government;

7. the Plaintiff made application to the Clerk of Court for entry of default against Mark Unsouk Choe and Hyun Kyu Han and all unknown persons and entities having and interest in the defendant currency; and

8. the Plaintiff's Complaint for Forfeiture with supporting affidavit alleging that the defendant currency is forfeitable pursuant to 21 U.S.C. § 881(a)(6) stands unrebutted;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. the verified statements of interest in the defendant currency and answer to the Complaint for Forfeiture filed by Mark Unsouk Choe and Hyun Kyu Han are stricken;

2. default judgment is entered against Mark Unsouk Choe and Hyun Kyu Han, and all unknown persons and entities having an interest in the defendant currency;

3. all the right, title and interest of the defaulted persons and entities in the defendant currency is forfeited to the plaintiff, and no right, title or interest in the defendant currency shall exist in any other person or entity; and

4. the defendant currency shall be disposed of by the plaintiff in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 12-2-02

JOAN ERICKSEN LANCASTER, Judge
United States District Court